IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                   PLAINTIFF

v.                                        NO. 4:09CR00340 JLH

DAVID JAMES CAMPBELL                                                                      DEFENDANT

## ORDER

David James Campbell has been indicted on one count of failing to register under the Sex Offender Registration and Notification Act in violation of 18 U.S.C. § 2250. He has filed a motion to dismiss the indictment arguing that 18 U.S.C. § 2250 and 42 U.S.C. § 16913 are unconstitutional because they are not valid exercises of power under the necessary and proper clause, the spending power, or the commerce clause of the United States Constitution. The motion states that the defendant recognizes that the arguments have been rejected by the United States Court of Appeals for the Eighth Circuit in *United States v. Howell*, 552 F.3d 709 (8th Cir. 2009), but states that the defendant wishes to preserve the issue for future review by the Supreme Court. Based upon binding precedent of the Eighth Circuit in *United States v. Howell* and cases cited therein, the motion to dismiss the indictment is DENIED. Document #20.

IT IS SO ORDERED this 6th day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE