**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                         NO. 4:09CR00340-01 JLH

DAVID JAMES CAMPBELL                                                                   DEFENDANT

**ORDER**

Court convened on Friday, August 1, 2014, for a hearing on the government's motion to modify the conditions of probation of defendant David James Campbell. Document #72. Assistant United States Attorney Jana Harris, standing in for Assistant United States Attorney Kristin Bryant, was present for the government. The defendant appeared in person and with his attorney, Mr. Patrick Benca. Supervisory United States Probation Officer Jason Stewart and United States Probation Officer MeKisha Childers were also present.

At the onset of the hearing, the parties announced they had reached a stipulation concerning the motion to modify the conditions of probation. The motion to modify is therefore granted in part and denied in part. Document #72.

IT IS THEREFORE ORDERED that defendant David James Campbell's conditions of probation are hereby modified to include the following:

- The defendant will submit his person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to a search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of probation or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions pursuant to 18 U.S.C. § 3583(d); and

- The defendant shall not associate with children under the age of 18 except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense, and who has been approved by the probation officer. Should the defendant have incidental contact with a child, the defendant is required to immediately remove himself from the situation and notify his probation officer within 24 hours of this contact. The

defendant will refrain from entering into any area where children frequently congregate including, but not limited to, schools, daycare centers, theme parks, theaters, and playgrounds.

All other conditions of probation remain unchanged and in full force and effect as previously imposed.

IT IS SO ORDERED this 4th day of August, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE