**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                            No. 4:09CR00340 JLH

DAVID JAMES CAMPBELL                                                                          DEFENDANT

## ORDER

David Campbell has filed a motion for a reduction in his sentence and early termination of his probation. Early termination of probation is governed by 18 U.S.C. § 3564(c), which provides:

> The court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

Campbell was convicted of one count of failure to update sex offender registry in violation of 18 U.S.C. § 2250 and was sentenced to five years of probation. He also was fined $1,000 and ordered to pay a special assessment of $100.

In his motion, Campbell says that he has complied with the terms of his probation and has paid in full all of his fine and special assessment. He says that he would like to retire overseas and that being on probation makes that endeavor impossible.

Campbell's period of probation began on March 23, 2012, and is therefore due to expire on March 22, 2017. At the time of the sentencing, the Court concluded that a term of probation of five years was sufficient but not greater than necessary to comply with the purposes set forth in paragraph 2 of section 3553(a). Campbell has presented nothing in his motion to show that circumstances have changed. He has presented nothing to explain why the ends of justice justify

a sentence lower than that determined by the Court at sentencing to be sufficient but not greater than necessary to comply with the purposes in section 3553(a)(2). He has presented nothing to show that completion of his term of probation will present some unusual hardship.

Mere compliance with the terms of probation does not justify early termination because compliance is expected. Without more, early termination cannot be justified. *United States v. Caruso*, 241 F. Supp. 2d 466, 469 (D.N.J. 2003).

Campbell's motion for early termination of probation is DENIED. Document #81.

IT IS SO ORDERED this 9th day of January, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE